United States Bankruptcy Court for the:

District of New Jersey

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  District 5 Boutique LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  27-1346544

4. **Debtor's address**

   **Principal place of business**
   303 14th Street
   Number   Street

   Kenilworth   NJ   07033
   City   State   ZIP Code

   Union County
   County

   **Mailing address, if different from principal place of business**
   Number   Street

   P.O. Box

   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number   Street

   City   State   ZIP Code

5. **Debtor's website** (URL)  www.district5boutique.com

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

Debtor  District 5 Boutique LLC
       Name

Case number (if known) _____

### 7. Describe debtor's business

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

4581

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____  When _____ (MM/DD/YYYY)  Case number _____
         District _____  When _____ (MM/DD/YYYY)  Case number _____

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____  Relationship _____
         District _____  When _____ (MM/DD/YYYY)
         Case number, if known _____

Debtor __District 5 Boutique LLC_____     Case number (*if known*)_____
      Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
        Number    Street

_____
_____
City                      State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | District 5 Boutique LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/03/2024
MM / DD / YYYY

✗ /s/ Theresa DeMarco
Signature of authorized representative of debtor

Theresa DeMarco
Printed name

Title Sole Member

**18. Signature of attorney**

✗ /s/ Donald F. Campbell, Jr.
Signature of attorney for debtor

Date 06/03/2024
MM / DD / YYYY

Donald F. Campbell, Jr.
Printed name

Giordano, Halleran & Ciesla, P.C.
Firm name

125 Half Mile Road Suite 300
Number    Street

Red Bank          NJ        07701-6777
City              State     ZIP Code

(732) 741-3900                dcampbell@ghclaw.com
Contact phone                 Email address

030402001         NJ
Bar number        State

5 Star
26520 Agoura Road
1st Floor
Calabasas, CA 91302

Brownstone Funding Corp
12 Bayview Avenueq
Suite 592
Lawrence, NY 11559

Chase
PO Box 1423
Attn: Bankruptcy Unit
Charlotte, NC 28201-1423

ClearBlanc
200 University Ave
Suite 1301
Toronto, Canada,

Credit Key
145 S. Fairfax Ave
2nd Floor
Los Angeles, CA 90036

Delta/Cloudfund LLC
400 Rella Blvd
Suite 165-101
Suffern, NY 10901

Department of the Treasury IRS
PO Box 7346
Attn: Bankruptcy Unit
Philadelphia, PA 19101-7346

DHL Express LLC
16855 Northchase Drive
Suite 400
Houston, TX 77060

Elizabethtown Gas Company
520 Green Lane
Union, NJ 07083

Elizabethtown Water Company
1341 North Ave
Plainfield, NJ 07062

FC Marketplace, LLC d/b/a Funding Circle
747 Front St.
Floor 4
San Francisco, CA 94111

FedEx
3965 Airways, Module G
Memphis, TN 38116

Fox Funding
803 S 21st Ave
Hollywood, FL 33020

Herold Law
25 Independence Blvd
Warren, NJ 07059

Intuit QuickBooks
2700 Coast Avenue
Mountain View, CA 94043

Law Offices of Nolan Klein, P.A.
5550 Glades Road
Suite 500
Boca Raton, FL 33431

Newtek Business Services Corp
1981 Marcus Ave.
Suite 130
New Hyde Park, NY 11042

PSE&G
317 George St
New Brunswick, NJ 08901

QFS Capital
16192 Coastal Highway
Lewes, DE 19958

Seamless Capital Group LLC
2329 Nostrand Ave
Brooklyn, NY 11210

Theresa DeMarco
58 E Midland Ave
PH17
Paramus, NJ 07652

Theresa DeMarco

U.S. Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203

Unique Funding Solutions LLC
1915 Hollywood Blvd
Suite 200A
Hollywood, FL 33020


United Realty LLC
315 North 14th Street
Kenilworth, NJ 07033


UPS Supply Chain Solutions, Inc.
12380 Morris Road
Alpharetta, GA 30005


Verizon
PO Box 408
Newark, NJ 07101-0408


Wayflyer Advances, LLC
746 Willoughby Way
Atlanta, GA 30312

United States Bankruptcy Court
District of New Jersey

In re: District 5 Boutique LLC

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 06/03/2024

/s/ Theresa DeMarco
Signature of Individual signing on behalf of debtor

Sole Member
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

District of New Jersey

In re  District 5 Boutique LLC

Case No. _____

**Debtor**

Chapter  11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✔] FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

[ ] RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ _____

   The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $ _____

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   [✔] Debtor         [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [✔] Debtor         [ ] Other (specify)

4. [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

  d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/03/2024  /s/ Donald F. Campbell, Jr., 030402001

*Date*  *Signature of Attorney*

Giordano, Halleran & Ciesla, P.C.

*Name of law firm*

125 Half Mile Road
Suite 300
Red Bank, NJ 07701-6777